IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

V.                                                    CRIMINAL CASE NO.: 3:21-CR-79-SA-4

LINDA HUNT                                                              DEFENDANT

ORDER

Linda Hunt has submitted a document that the Court construes as a *pro se* prisoner complaint filed under 28 U.S.C. § 2255. Hunt has not, however, used the Court's standard form for such complaints. The Court uses these forms for the expeditious administration of § 2255 cases. As such, Hunt must complete and return the enclosed form within 21 days of today's date. Failure to do so may lead to dismissal *without prejudice*.

SO ORDERED, this the 13th day of May, 2026.

/s/ Sharion Aycock
SENIOR UNITED STATES DISTRICT JUDGE