IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

LINDA HUNT MOVANT

v. No. 3:21-cr-79-SA-RP-4

USA RESPONDENT

ORDER OF DISMISSAL

The Court takes up, *sua sponte*, the dismissal of this cause. On May 13, 2026, the Court entered an order requiring Linda Hunt to submit an amended petition on a 2255 form. *See* [467]. In that Order [467], the Court specifically cautioned Hunt that failure to comply could result in the dismissal of this case *without prejudice*. Despite this warning, Hunt has failed to comply, and the deadline to do so has passed. This case is therefore DISMISSED *without prejudice* for failure to prosecute and for failure to comply with an Order of the court under Rule 41(b) of the Federal Rules of Civil Procedure. The Clerk of Court shall terminate the pending Motion for Extension of Time [448] and Motion to Vacate under § 2255 [458] on the docket.

SO ORDERED, this, the 19th day of August, 2026.

/s/ Sharion Aycock
SENIOR UNITED STATES DISTRICT JUDGE