IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

LINDA HUNT MOVANT

v. No. 3:21-cr-79-SA-RP-4

UNITED STATES OF AMERICA RESPONDENT

ORDER REQUIRING GOVERNMENT TO RESPOND

On August 19, 2026, the Court dismissed Hunt's 2255 motion without prejudice, for failure to timely provide a completed 2255 form, as previously ordered by the Court. *See* [475]. On August 26, 2026, an amended 2255 motion on the standard form was received in the Clerk's Office. *See* [476]. Because Hunt has now complied with this Court's order, the 2255 motion to vacate is **REOPENED**.

The Court has reviewed Hunt's request under 28 U.S.C. § 2255 to vacate, set aside, or correct her sentence, and finds that a response from the Government is appropriate. It is ORDERED that within 60 days of the date of this order, the Government must submit a response to the instant motion. Hunt's deadline to file a reply to the Government's response is 14 days after service upon her of the Government's response.

SO ORDERED, this the 31st day of August, 2026.

/s/ Sharion Aycock
SENIOR UNITED STATES DISTRICT JUDGE